■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. SYRACUSE MILK DEALERS, INC., et al., Defendants.— Appeals and cross appeals dismissed, without costs, upon stipulation.

■ JOHN J. WALSH, as Administrator of the Estate of EDWARD J. WALSH, Deceased, Respondent, v. NATIONAL CASUALTY CO., Appellant.— Appeal dismissed, without costs, upon stipulation.

■ In the Matter of SECURITY TRUST CO. OF ROCHESTER, as Trustee of Trust Made by CHARLES M. THOMS and Others. (And Seven Other Actions.) — Appeal dismissed unless printed records and briefs are filed and served on or before September 21, 1959.

■ DAVID J. BUCKLEY, Appellant, v. ROLAND B. FAULKNER, Respondent. — Appeal dismissed, without costs, for failure to comply with previous order.

■ MICHAEL F. YOUNG, as Administrator, Appellant, v. ROLAND B. FAULKNER, Respondent.— Appeal dismissed, without costs, for failure to comply with previous order.

■ MARJORIE T. LANE, Appellant, v. ALFRED L. LANE, Respondent.— Appeal dismissed, without costs, for failure to comply with previous order.

■ PATRICIA ELLIS, Respondent, v. VILLAGE OF SOLVAY, Appellant.— Appeal dismissed unless printed record is filed on or before October 27, 1959.

■ ELIZABETH S. SEIDEL, Respondent, v. FRANCIS J. HORAN, Appellant. — Motion granted and appeal dismissed, with $10 motion costs.

■ JAMES LYNCH, Respondent, v. NORTH SYRACUSE ROLLERDROME, INC., et al., Appellants.— Appeal dismissed unless printed records and briefs are filed and served on or before September 30, 1959.

■ JOYCE E. LYNCH, Respondent, v. NORTH SYRACUSE ROLLERDROME, INC., et al., Appellants.— Appeal dismissed unless printed records and briefs are filed and served on or before September 30, 1959.

■ YOLANDA LA PLANTE, Appellant, v. JAMES E. FIELD CORP., Respondent.— Motion granted and appeal dismissed, without costs.

■ ARDUINO MARIOTTI, Appellant, v. STATE OF NEW YORK, Respondent. — Motion granted and appeal dismissed, without costs.

■ CICELIA SORON, Appellant, v. PETER BUTERA et al., Respondents.— Motion granted and appeal dismissed, without costs.

■ STANLEY SORON, Appellant, v. PETER BUTERA et al., Respondents.— Motion granted and appeal dismissed, without costs.

■ STANLEY SORON, as Guardian ad Litem of GARY SORON, an Infant, et al., Appellants, v. PETER BUTERA et al., Respondents.— Motion granted and appeal dismissed, without costs.

■ ROBERT A. KEASBEY CO., Plaintiff, v. COOPERATIVE G. L. F. HOLDING CORP. et al., Defendants.— Motion granted and appeal dismissed, without costs.

■ PAUL L. SMITH, as Administrator of the Estate of MARY A. SMITH, Deceased, et al., Appellants, v. NATIONWIDE MUTUAL INSURANCE CO., Respondent. PAUL L. SMITH, as Administrator of the Estate of JOHN W. SMITH, Deceased, et al., Appellants, v. NATIONWIDE MUTUAL INSURANCE CO., Respondent.— Motion granted and appeals dismissed, without costs.

■ ANTOINETTE STORM, Respondent, v. DAVID E. HAETTICH, Appellant. — Motion granted and appeal dismissed, without costs.

■ WALTER E. SHADDEN, an Infant, Appellant, v. OAKLEY PHEARSDORF et al., Respondents.— Motion granted and appeal dismissed, without costs.

■ LILA SHAW, Appellant, v. LINCOLN ROCHESTER TRUST COMPANY, Respondent.— Motion granted and appeal dismissed, with $10 motion costs.

■ GEORGE P. YOCUM et al., Respondents, v. GORDON A. DAVIS INC., et al., Appellants.— Motion granted and appeal dismissed, without costs.